UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALBERT ESTRADA,
Inmate No. C03750,
    Plaintiff,

vs.                                                Case No. 5:18cv78/MCR/EMT

JULIE L. JONES, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated December 6, 2018 (ECF No. 19). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28

U.S.C. § 1915(e)(2)(B)(i) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 8th day of February, 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**